## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., a Delaware corporation,           )
PFIZER IRELAND PHARMACEUTICALS, an )
Irish partnership, and WARNER-LAMBERT      )
COMPANY, LLC, a Delaware limited liability      )
company,                                                            )
                                                                           )        C.A. No. 04-281(GMS)
     **Plaintiffs,**                    )
                                                                           )
    v.                                              )
                                                                           )
SHRIKANT KOLI, an individual, and SHREE    )
GANESH SERVICES, a company, d/b/a             )
ONLINERXDRUGSTORE.COM,                          )
                                                                           )
     **Defendants.**                   )

### NOTICE OF VOLUNTARY DISMISSAL

   Plaintiff instituted this action to, *inter alia*, halt the unauthorized sale of "Generic Lipitor" into the United States via the internet (DI 1). The Court subsequently granted Plaintiff's Motion to Effect Service of Process by Email. (DI 4). Plaintiff diligently attempted to effect service via email on multiple occasions over a lengthy period of time but its efforts were unsuccessful. The accused domain site, www.onlinerxdrugstore.com, has ceased directly selling pharmaceutical products. Consequently, Plaintiff Pfizer Inc, by its undersigned counsel, hereby dismisses the above-referenced action against Defendants, without prejudice, pursuant to Fed.R. Civ. P. 41(a)(1).

           **Connolly Bove Lodge & Hutz LLP**


           */s/ James D. Heisman*
           Rudolf E. Hutz (#484)
           Jeffrey B. Bove (#998)
           James D. Heisman (# 2746)
           1007 N. Orange Street
           P. O. Box 2207
           Wilmington, DE 19899
           *Attorneys for Plaintiffs*

Dated: Feb. 8, 2006



     **IT IS SO ORDERED this ____ day of February, 2006.**


      _____
        **U.S. District Court Judge**